NSK LTD. and NSK CORPORATION; NTN CORPORATION, NTN BEARING CORPORATION OF AMERICA, AMERICAN NTN BEARING MANUFACTURING CORPORATION, NTN DRIVESHAFT, INC. and NTN-BOWER CORPORATION; and TIMKEN U.S. Corporation, Plaintiffs and Defendant-Intervenors, v. UNITED STATES, Defendant, and KOYO SEIKO CO., LTD. and KOYO CORPORATIONS OF U.S.A.; and NACHI-FUJIKOSHI CORP., NACHI AMERICA, INC. and NACHI TECHNOLOGY, INC., Defendant-Intervenors.

Consol. Court No.
98–07–02527

### JUDGMENT

TSOUCALAS, Senior Judge: This Court having received and reviewed the United States Department of Commerce's *Remand Deter-*

*mination* in *NSK Ltd. v. United States*, 29 CIT ____, 2005 Ct. Int'l Trade LEXIS 28 (February 18, 2005), responses of NSK Ltd. and NSK Corporation, Plaintiffs and Defendant-Intervenors, and Commerce's rebuttal comments finds that Commerce duly complied with the Court's remand order and it is hereby,

ORDERED that the *Remand Determination* filed by Commerce on May 18, 2005, is affirmed in its entirety, and it is further

ORDERED that since all other issues have been decided, this case is DISMISSED.